# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2026

Mr. George Arceneaux III
Liskow & Lewis, A.P.L.C.
1200 Camellia Boulevard
Suite 300
Lafayette, LA 70508

Mr. Michael P. Cash
Liskow & Lewis
1001 Fannin Street
First City Tower
Suite 1800
Houston, TX 77002-6756

Mr. Paul D. Clement
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

Mr. Victor L. Marcello
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810

Mr. Michael James Mazzone
Haynes & Boone, L.L.P.
1221 McKinney Street
1 Houston Center
Suite 4000
Houston, TX 77010-2007

Mr. Donald Wayne Price
Stone, Pigman, Walther & Wittman, L.L.C.
301 Main Street
1 American Place
Suite 1150
Baton Rouge, LA 70825

Mr. Ryan Michael Seidemann
Water Institute
1110 River Road, S.
Baton Rouge, LA 70802

No. 24-30032 Plaquemines Parish v. Chevron
USDC No. 2:18-CV-5230

Dear Counsel,

In light of this court's opinion issued on May 21, 2026, in case No. 23-30294, Plaquemines Parish v. BP America Prod, consolidated with case No. 23-30422, Parish of Cameron v. BP America Prod, the above-captioned case will remain held in abeyance through June 12, 2026. Upon removal from abeyance, the case will proceed in accordance with the next applicable procedural step of the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
Mr. James Blake Canfield
Mr. Donald T. Carmouche
Mr. Johnny William Carter
Ms. Jennifer Jo Clark
Mr. William Peter Connick Sr.
Mr. Joseph DeMott
Mr. Andre' Collins Gaudin
Ms. Jennifer Kwapisz
Mrs. Alexandra Roselli Lamb
Mr. Charles Simon McCowan III
Mr. Robert Beattie McNeal
Ms. Carol L. Michel
Mr. Michael Raudon Phillips
Mr. C. Harker Rhodes IV
Mr. Brandon J. Taylor
Mrs. Megan Kathleen Terrell
Ms. Alexandra Giselle White